IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,**<br><br>　Plaintiff,<br><br>　v.<br><br>**STUDSTILL AND PERRY, LLP,**<br><br>　Defendant. | Civil Action No. 7:12-cv-83 (HL) |

## ORDER

Before the Court is Defendant's Motion to Stay Discovery (Doc. 9). Defendant requests a stay because there is a Motion to Dismiss currently pending in the case (Doc. 4). The Court finds that there is good reason to stay discovery, and therefore, Defendant's Motion to Stay is granted. All discovery deadlines shall be stayed pending the resolution of the Motion to Dismiss.

**SO ORDERED**, this 1st day of November, 2012.

　　　　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　　　　HUGH LAWSON, SENIOR JUDGE

ebr