# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,**

    Plaintiff,

v.

**STUDSTILL & PERRY, LLP**,

    Defendant.

Civil Action No. 7:12-CV-83 (HL)

## ORDER

Before the Court is the parties' Joint Motion to Extend the Discovery Period (Doc. 22). The motion is granted, but no further extensions will be allowed absent extenuating circumstances. The parties shall have until December 16, 2013 to complete discovery in this case. The following scheduling deadlines are also extended:

A.    All motions to join other parties or to otherwise amend the pleadings shall be filed on or before November 16, 2013.

B.    All dispositive motions shall be filed on or before January 30, 2014.

C.    All <u>Daubert</u> motions must be filed on or before January 15, 2014. The parties are reminded not to file <u>Daubert</u> motions as part of dispositive motions.

**SO ORDERED**, this the 9th day of October, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr